United States District Court

For the Western District of Michigan

Joseph Alexander

    Plaintiff

v.

Dawn Hill- Kearse, Sergio Jimenez

    Defendant

Case No.

1:26-cv-271

Hala Y. Jarbou
Chief U.S. District Judge

Jury Trial demanded

FILED - GR
January 26, 2026 1:27 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: JW / 1-26

## COMPLAINT FOR A CIVIL CASE

1. Upon information and belief, Defendants conspired together and intentionally delayed the calendar of motions, in violation of due process,

2. The basis for this court's jurisdiction is federal law.

## RELIEF

Plaintiff demands compensation of $500,000.

## CERTIFICATION

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

1/10/2026

Joseph Alexander

60 1st Ave

Seattle, WA 98102

US District Court Clerk's Office

110 Michigan St NW

Grand Rapids MI 49503

NEW YORK NY 100

17 JAN 2026   PM 12 L



FOREVER/USA

49503-236399